IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| J.P. MORGAN CHASE BANK<br>*Plaintiff,*<br>v.<br>DAVID THORSTED,<br>*Defendant.* | CASE NO. 3:13-cv-00005<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff J.P. Morgan Chase Bank's Motion to Remand to State Court (docket no. 4) is hereby GRANTED. Accordingly, this case shall be REMANDED to the Orange County General District Court for any and all further proceedings. This case is hereby TERMINATED, and shall be STRICKEN from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the Defendant, all counsel of record, and to the Clerk of the Orange County General District Court.

Entered this  25th  day of March, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE